# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.L.,

      Appellant,

 v.

                                   Case No.  5D22-1456
                                   LT Case No. 2022-MH-030341

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Brevard County,
Nancy Maloney, Judge.

Matthew J. Metz, Public Defender,
and Kathryn R. Radtke, Assistant
Public Defender, Daytona Beach, for
Appellant.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.